# UNITED STATES DISTRICT COURT

for the

Western District of Oklahoma

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>A Person (Hector ALONZO) to Seize Samples of<br>[Deoxyribonucleic Acid ("DNA") and Saliva] | Case No. MJ-24-541- STE |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment "A"

located in the __Western__ District of __Oklahoma__, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment "B"

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC 922(g) – | Unlicensed manufacturing, dealing, and possession of a firearm by a felon; |
| 18 USC 922(o) – | Possession and transfer of a machinegun; and |
| 18 USC 924(h) – | Possession and transfer of a firearm in furtherance of drug trafficking. |

The application is based on these facts:

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

s/ Gabriel Aranda

*Applicant's signature*

Gabriel Aranda, DEA Special Agent

*Printed name and title*

Sworn to before me and signed in my presence.

Date: July 1, 2024

*Judge's signature*

City and state: Lawton, Oklahoma

Shon T. Erwin, U.S. Magistrate Judge

*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

In the Matter of the Search of  
A Person [Hector ALONZO] to Seize  
Samples of Deoxyribonucleic Acid  
("DNA"), Hair, and Saliva.

Case No.  MJ-24-541-STE  
FILED UNDER SEAL

**Affidavit in Support of an Application  
Under Rule 41 for a Warrant to Search and Seize**

I, Gabriel Aranda, a Special Agent with the Drug Enforcement Administration (DEA), being first duly sworn under oath, hereby depose and state:

**Introduction and Agent Background**

1.  I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a search warrant to search and seize property, specifically, to search the person of Hector ALONZO, further described in Attachment A, to seize a deoxyribonucleic acid (DNA) sample of Hector ALONZO by buccal (cheek) swab, as further described in Attachment B, because this sample may constitute evidence of violations of Title 18 United States Code Sections 922(g), 922(o), 924(h), and 924(o) by Hector ALONZO.

2.  I am a Special Agent of the Drug Enforcement Administration (DEA), assigned to the Laredo District Office, Laredo, Texas. I have been employed by the DEA since January 2021. I am a Criminal Investigator or Law Enforcement Officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code (U.S.C.); that is, an officer of the United States who is employed by law to conduct investigations of and to make arrests for offenses enumerated in Title 21 and Tile 18 U.S.C. Since my employment with the DEA, I completed an intensive 17-week training academy relating to the investigation of narcotic-related crimes in violation of United States Code. Additionally, the 17-week training academy included training

related to the use of the internet, electronic media, social media, cellular devices, and cellular applications for the facilitation of violations of Title 21. As a DEA Special Agent, I have, conducted surveillance, arrested suspects, executed search and arrest warrants, seized evidence, and prepared investigative reports. I have consulted with other Agents in matters dealing with the enforcement of the Controlled Substance Act. As a result, I have gained considerable experience in the investigation of drug traffickers, drug trafficking organizations, money laundering organizations, weapons traffickers, and weapons trafficking organizations working on behalf of drug trafficking organizations in the United States and foreign countries. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant, it does not set forth all of my knowledge about this matter.

3.      Prior to joining the DEA, I obtained a Bachelor of Arts degree in Sociology and a Master of Public Service and Administration degree from Texas A&M University in College Station, Texas. Additionally, I completed a 10-week internship with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). While at the ATF, I gained considerable experience regarding weapons trafficking violations, machine gun violations, felon in possession of a firearm violations, and violent crimes investigations.

4.      Based on my training, experience, and the facts set forth in this affidavit, there is probable cause to believe that evidence of violations of Title 18 United States Code Sections 922(g), 922(o), 924(h), and 924(o) will be located on the person or in the deoxyribonucleic acid (DNA) sample and saliva of Hector ALONZO.

**Jurisdiction**

5. "[A] warrant may be issued to search for and seize any property that constitutes evidence of a criminal offense in violation of the laws of the United States." 18 U.S.C. § 3103a.

6. The requested search is related to the following violations of federal law:

   a. Title 18 United States Code Sections 922(g) – Unlicensed manufacturing, dealing, and possession of a firearm by a prohibited person (felon);

   b. Title 18 United States Code Sections 922(o) – Possession and transfer of a machinegun;

   c. Title 18 United States Code Sections 924(h) – Possession and transfer of firearm in furtherance of a drug trafficking crime;

   d. Title 18 United States Code Sections 924(o) – Conspiracy to possess and transfer a firearm in furtherance of a drug trafficking crime.

7. Venue is proper because the person or property described in this affidavit is located within the Western District of Oklahoma. Fed. R. Crim. P. 41(b)(1). Due to a phone call that I placed to a supervisor at Cimarron Correctional Facility (CoreCivic), I have determined that Hector ALONZO is currently being held in custody at 3200 S Kings Hwy, Cushing, Oklahoma 74023.

**Probable Cause**

8. On August 10, 2019 East Ridge Police Department Officers responded to 1303 Laredo Ave Apt A, East Ridge, Tennessee for the burglary of a vehicle. Officers investigated the burglary and determined that one Gen 5 Glock 17 (9mm handgun) was stolen from the vehicle. The owner reported that the serial number of the firearm was BFLA499.

9.      On December 6, 2019, Huntsville, Alabama STAC (Narcotics) Agents conducted an undercover operation for the bust of approximately 100 pounds of marijuana. Agents identified the seller of the marijuana as LaJeromeny Brown (Brown). Upon Brown's arrival to deliver the drugs to the Undercover Agents, Brown pulled a handgun on Agents and opened fire. Brown shot and killed Agent Billy Clardy III. The handgun was fully automatic (a machinegun). Brown was arrested after attempting to flee the scene of the shooting. The handgun that Brown used to kill Agent Clardy was recovered at the scene; the handgun was a Gen 5 Glock 17 (9mm handgun) bearing the serial number BFLA499. The handgun was processed and acquired as evidence by Huntsville Police Department Detectives.

10.     On April 20, 2020, the Gen 5 Glock 17 (9mm handgun) bearing the serial number BFLA499 was examined by State of Alabama Forensic Scientist Angela Fletcher for DNA evidence to be collected from the murder weapon. On April 30, 2020, a report of the findings was released. Mrs. Fletcher recovered DNA evidence from the grip, the trigger area, and from the slide of the murder weapon. Mrs. Fletcher determined that none of the DNA recovered belonged to Brown or Agent Billy Clardy III.

11.     On May 21, 2020, a DNA match (for the DNA recovered from the murder weapon) was found through a law enforcement database. One suspect DNA profile had been identified. The DNA identified was from the DNA sample that was collected off of the slide of the firearm. The DNA belonged to Hector ALONZO (DOB: August 23, 1978). While the match in the law enforcement database was positive, the report noted that a confirmatory sample would need to be obtained from Hector ALONZO in order for Mrs. Fletcher to confirm the DNA sample in fact belongs to Hector ALONZO.

12. Utilizing law enforcement databases, I was able to determine that Hector ALONZO is a convicted felon for a past drug trafficking event, and his conviction was final before the murder weapon was reported stolen.

13. On June 16, 2021, DEA Special Agents interviewed a known drug trafficking and weapons trafficking co-conspirator (CD-1) of Hector ALONZO. I knew CD-1 and Hector ALONZO to be co-conspirators from a separate DEA case. CD-1 advised agents of the following information. CD-1 explained that Hector ALONZO purchased at least five "sears." Hector ALONZO used these sears to make Glock handguns fire fully automatic (making the handguns into machineguns). CD-1 explained that Hector ALONZO provided firearms to drug traffickers operating in the interior of the United States. CD-1 identified a photograph of Brown (the shooter). CD-1 explained that Hector ALONZO and Brown were drug trafficking and weapons trafficking partners. CD-1 explained that Hector ALONZO had modified a Glock for Brown by making it fully automatic. CD-1 confirmed that she/he physically observed Hector ALONZO and Brown in the same room while ALONZO modified a Glock into a machinegun for Brown. CD-1 confirmed that the firearm modifications by Hector ALONZO occurred in Laredo, Texas (in the Southern District of Texas). As such, the investigation/prosecution of Hector ALONZO's drug trafficking and weapons trafficking activities is taking place in the Southern District of Texas.

14. CD-1 advised Agents of the above information and about information regarding other crimes and individuals. I have personally spoken to other federal law enforcement Agents regarding the information provided by CD-1. Through reports and information that other federal law enforcement Agents have documented, I have been able to corroborate numerous details and information that CD-1 provided DEA Agents. I find CD-1 to be a credible source of information regarding Hector ALONZO and Brown's criminal activities.

15.     For these reasons, I believe that Hector ALONZO has committed violations of Title 18 United States Code Sections 922(g), 922(o), 924(h), and 924(o). I further believe that a confirmatory DNA sample collected from Hector ALONZO will match the DNA that was found on the weapon that was used to murder Agent Billy Clardy III.

## DNA and Saliva Evidence Collection
## of a Known Sample from a Person

16.     The collection of a DNA and Saliva sample from Hector ALONZO for the purpose of this criminal investigation will be performed in a reasonable manner by DEA Special Agent Gabriel Aranda in accordance with generally accepted clinical practice. The sample will be delivered to Mrs. Fletcher at the Alabama Department of Forensic Sciences in Hoover, Alabama. The analysis of the DNA and Saliva will be performed by trained criminalists in accordance with ISO/IEC 17025, which specifies the general requirements for the competence, impartiality, and consistent operation of laboratories. The ISO accreditation proves a laboratory has an acceptable quality management system in place, and it has the ability and competence to provide testing and calibration results.

17.     Swabbing the inside of a person's mouth or cheek with a sterile cotton swab and preserving the saliva and cells obtained as a result is a reliable method for collecting a DNA sample. This process is referred to as taking a "buccal swab" or "buccal smear."

## Conclusion

18.     I make this affidavit in support of an application for a warrant to search the person of Hector ALONZO, described in Attachment A, to seize a sample of DNA and saliva contained inside the human body of Hector ALONZO, as described in Attachment B, as the DNA and saliva is believed to contain evidence of violations of federal law, as more fully described herein.

Therefore, I request the Court allow for the collection of a DNA and saliva sample from Hector ALONZO and subsequent analysis for the purpose of laboratory comparison.

Respectfully submitted,<br>
/s/ Gabriel Aranda<br>
Gabriel Aranda<br>
Special Agent<br>
DEA

**Jul 1, 2024**

Subscribed and sworn to by phone on ███████████

_____
SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE

# ATTACHMENT A

## Property to be Searched

This warrant applies to the person of Hector ALONZO, date of birth August 23, 1978, and social security number 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, who is listed on his/her driver's license as 5' 6" tall, weighing 160 pounds and having black hair and brown eyes, and who is pictured below:



## ATTACHMENT B

### Particular Things to be Seized

This warrant authorizes the seizure of the following materials, which constitute evidence of the commission of a criminal offense, namely violations of Title 18 United States Code Sections 922(g), 922(o), 924(h), and 924(o) by Hector ALONZO, who is more fully described in Attachment A and pictured below:

1. The deoxyribonucleic acid (DNA) and saliva of Hector ALONZO, collected via buccal (cheek) swab and suitable for laboratory comparison.

This warrant permits transportation of Hector ALONZO by officers to a medical facility for collection of these samples.